**DUANE MORRIS LLP**
By: Gerard S. Catalanello, Esq. (GC-0945)
    James J. Vincequerra (JV-6270)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
*Proposed Attorneys for Deep Woods Real Estate Development, Corp.*
*and Deep Woods Real Estate Development, LLC*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:

                                        Case No. 10-78963

DEEP WOODS REAL ESTATE
DEVELOPMENT, LLC,                           Chapter 11

                        Debtor.

------------------------------------------------------------X

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

       The above-captioned debtor (the "<u>Debtor</u>") filed a voluntary petition for relief under title 11 of chapter 11 of the United States Code. The following is the list of the Debtor's creditors holding the 20 largest unsecured claims (the "<u>List</u>") based on the Debtor's books and records as of approximately November 15, 2010 (the "<u>Petition Date</u>"). The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. None of these creditors is a minor child. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

# United States Bankruptcy Court
## District of New Jersey

In re    Deep Woods Real Estate Development, LLC

                              Debtor(s)

Case No.   10-78963

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Gagliaducci Construction Co. <br> 295 Pasco Road <br> Springfield, MA 01151 | Gagliarducci Construction Co. <br> 295 Pasco Road <br> Springfield, MA 01151 | Trade Debt | | 20,000.00 |
| Law Offices of Richard Maynard <br> 69 Main Street <br> Ware, MA 01082 | Law Offices of Richard Maynard <br> 69 Main Street <br> Ware, MA 01082 | Legal Fees and Costs | | 75,000.00 |
| Vanasse Hangen and Brustlin, Inc. <br> One Federal Street <br> Springfield, MA 01105 | Vanasse Hangen and Brustlin, Inc. <br> One Federal Street <br> Springfield, MA 01105 | Trade Debt | | 120,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   Deep Woods Real Estate Development, LLC                      Case No.  10-78963

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  11/15/10               Signature                       
                                         Raymond J. Sufis
                                         Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.